WILLIAM C. MORISON
wcm@morisonprough.law
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA 94597
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Plaintiff
AMERICAN HALLMARK
INSURANCE COMPANY OF TEXAS

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>MY THAI MAUI LLC; MATTHEW WHITE; and MAYRIN PORTAMA,<br><br>         Defendants. | No.  20-cv-00351-HG-KJM<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment is hereby entered in favor of plaintiff American Hallmark Insurance Company of Texas ("Hallmark") and against defendants My Thai Maui LLC, Matthew White and Mayrin Portama (collectively "defendants").

2. Hallmark has no obligation whatsoever under Commercial Advantage Policy No. 44-PB-000629086-00/00, effective February 28, 2020 to February 28, 2021, naming My Thai Maui LLC as insured (the "Policy"), for defendants' claim for losses and damages, including without limitation lost revenues, they claim to have sustained as a result of the COVID-19 pandemic and governmental orders related thereto.  Specifically, there is no "direct physical loss of or damage to"

defendants' property.  There is no coverage under the Policy because the losses and damages claimed by defendants fail to satisfy the insuring agreements of the Policy's Property Coverage, Business Income Coverage, Civil Authority Coverage, and Extra Expense Coverage.  Even if a Policy coverage grant were capable of being satisfied, the Policy's Exclusion Of Loss Due To Virus Or Bacteria (Including Food Contamination Business Income Exception) endorsement, Acts Or Decisions Exclusion, Consequential Losses Exclusion, Governmental Action Exclusion, Pollution Exclusion, and Business Income and Extra Expense Exclusion bar coverage.

3.  Each party to bear their own costs.

4.  All case deadlines and other dates are vacated.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 31, 2020.

Helen Gillmor
United States District Judge

AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS v. MY THAI MAUI LLC; MATTHEW WHITE; and MAYRIN PORTAMA, 20-cv-00351-HG-KJM; JUDGMENT

Morison & Prough, LLP

- 2 -

Judgment